UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION  MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −37)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 685 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 12, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION MDL No. 2804

## SCHEDULE CTO−37 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 18−01211 | Pinellas County, Florida v. Amerisourcebergen Drug Corporation et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 18−01370 | ESCAMBIA COUNTY FLORIDA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **IDAHO** | | | |
| ID | 3 | 18−00222 | Nez Perce Tribe v. Purdue Pharma, L.P. et al |
| **KANSAS** | | | |
| KS | 6 | 18−01144 | Reno, County of v. Purdue Pharma L.P. et al |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 18−00569 | St. Martin Parish v. AmerisourceBergen Drug Corporation et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 1 | 18−00097 | Prentiss County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS | 1 | 18−00175 | Stone County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSS | 2 | 18−00089 | Perry County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSS | 5 | 18−00057 | Lincoln County, Mississippi v. Amerisourcebergen Drug Corporation et al |

NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 18−00926 | WestCare Foundation, Inc. v. Purdue Pharma L.P. et al |

NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 18−00411 | Londonderry, NH, Town of v. Amerisourcebergen Drug Corporation et al |
| NH | 1 | 18−00417 | Franklin, NH, City of v. Amerisourcebergen Drug Corporation et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 2 | 18−00022 | Tyrrell County v. AmerisourceBergen Drug Corporation et al |
| NCE | 5 | 18−00230 | City Of Fayetteville v. AmerisourceBergen Drug Corporation et al |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 5 | 18−00085 | Lincoln County v. AmerisourceBergen Drug Corporation et al |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| ~~WIW~~ | ~~3~~ | ~~18−00380~~ | ~~Red Cliff Band of Lake Superior Chippewa Indians v. McKesson Corporation et al~~  Opposed 6/11/18 |